

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2014

No. 04-13-00847-CV

**IN THE INTEREST OF B.A.E.**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00095
Honorable Dick Alcala, Judge Presiding

# O R D E R

The Appellant's Agreed First Motion to Extend Time to File Brief is GRANTED. The appellant's brief is due on March 3, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court